| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:09- 11:10 |

❏ **ARRAIGNMENT**     ❏ **CHANGE OF PLEA**     ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**     ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker         **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr036-W                      **DEFENDANT NAME:** Laquandra Johnson
**AUSA:** Neal Frazier                            **DEFENDANT ATTORNEY:**

Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; ( )YES     Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
❏ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     ❏ **Not Guilty**
            ❏ **Guilty as to:**
                ❏ **Count(s):**
                ❏ **Count(s):**          ❏ dismissed on oral motion of USA
                                         ❏ to be dismissed at sentencing

❏ Written plea agreement filed     ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count**
❏ **MISDEMEANOR CRIMINAL TERM:**          ❏ **WAIVER OF SPEEDY TRIAL** filed.
            **DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
        ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
            ❏ Defendant requests time to secure new counsel

**Government's ORAL MOTION to continue to May 16, 2006 Misdemeanor Arraignment docket.**
**ORAL ORDER *GRANTING* Government's Oral Motion to continue.**